██ CHRISTINA SOWICH, Respondent, v COUNTY OF ONEIDA et al., Appellants, et al. Defendants. [971 NYS2d 720]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered December 30, 2011. The order, among other things, denied in part the motion of defendants to dismiss.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Lindley and Whalen, JJ. **[Prior Case History: 35 Misc 3d 486.]**